**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLE COLEMAN, BRUCE COLETTA, DAVID DIORIO, ROBERT JACOBSON-DUTEIL, BRIANNA LEE, CRISTIN TROSIEN, and MICHELE WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a Texas corporation; and TOYOTA MOTOR NORTH AMERICA, INC., a Texas corporation,<br><br>Defendants. | Case No.: 3:20-cv-01663-EMC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Cole Coleman, Bruce Coletta, David DiOrio, Robert Jacobson-Duteil, Brianna Lee, Cristin Trosien, and Michele Williams and Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc., by and through undersigned counsel, stipulate to dismissal of this action without prejudice. Each side shall bear its own fees and costs.

| | |
|---|---|
| Dated: July 7, 2020 | **BLEICHMAR FONTI & AULD LLP** |
| | /s/ *Lesley E. Weaver* |
| | Lesley E. Weaver (SBN 191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Telephone: (415) 445-4003<br>Facsimile: (415) 445-4020<br>lweaver@bfalaw.com |
| | **KEHOE LAW FIRM, P.C.**<br>Michael K. Yarnoff (*pro hac vice forthcoming*)<br>Two Penn Center Plaza<br>1500 JFK Boulevard, Suite 1020<br>Philadelphia, PA 19102<br>Telephone: (215) 792-6676<br>Facsimile: (212) 804-7700<br>myarnoff@kehoelawfirm.com |
| | *Counsel for Plaintiffs* |
| Dated:  July 7, 2020 | **NELSON MULLINS, RILEY & SCARBOROUGH LLP** |
| | /s/ *Jahmy S. Graham* |
| | Jahmy S. Graham<br>Matthew G. Lindenbaum<br>Christine M. Kingston<br>Attorneys for Defendants<br>TOYOTA MOTOR SALES, U.S.A., INC. and<br>TOYOTA MOTOR NORTH AMERICA, INC. |

**ATTESTATION**

I, Lesley E. Weaver, am the signatory whose ECF user ID and password are being used to file this document. Pursuant to Civil L.R. 5-1, concurrence in the filing of this document has been obtained from the o[ther signatories].

Dated: 7/8/2020

[GRANTED — Judge Edward M. Chen — United States District Court, Northern District of California seal]